IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
vs. ) Criminal Number 05-7E
)
RICHARD GRAVES )

The above named defendant satisfied the judgment of AUGUST 08, 2005 by paying on NOVEMBER 06, 2007 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____ 12/17/07
Deputy Clerk                Date

U S DISTRICT COURT
CLERK

2007 DEC 17 PM 3:55